FILED

2016 JAN 11 PM 1:50

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE LEROME SMITH,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No.: 14-cv-2301 BEN<br>11-cr-471 BEN<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

Before this Court is a Motion for a Certificate of Appealability, filed by Maurice Lerome Smith. (Crim. Docket No. 80.) Smith filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. (Crim. Docket No. 72.) On October 19, 2015, the Motion was denied. (Crim. Docket No. 79.)

"The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." Rule 11 foll. 28 U.S.C. § 2255. "A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

In this case, the Court finds that Smith did not make a substantial showing of the denial of a constitutional right, the issues are not debatable among jurists of reason, and a court could not resolve the issues in a different manner. *See Miller-El v. Cockrell*, 537

U.S. 322, 327 (2003). In light of *Strickland v. Washington*, 466 U.S. 668 (1984), and the elements of 15 U.S.C. § 1591(a), these questions are also not adequate to deserve encouragement to proceed further. Accordingly, the Court **DENIES** a certificate of appealability. The Motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 11, 2016

Hon. Roger T. Benitez
United States District Judge