**FILED**

MAY 05 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE LAROME SMITH,<br><br>Defendant. | Case No.: 3:11-cr-00471-BEN<br><br>**ORDER DENYING MOTION FOR COMPASSIONATE RELEASE**<br><br>**[ECF No. 90]** |
|---|---|

Movant Maurice Larome Smith filed a Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) ("Section 3582(c)(1)(A)"). ECF No. 90. The United States opposed. ECF No. 92.

At this time, the Court recognizes there is no applicable policy statement governing compassionate release motions filed by defendants under the recent amendments to Section 3582(c)(1)(A). The Court also recognizes that a district court's discretion may be informed by U.S.S.G. § 1B1.13, but that it is not binding, and a district court may consider any extraordinary and compelling reason for release that a defendant might raise. *See United States v. Aruda*, __ F.3d __, 2021 WL 1307884 *4 (9th Cir. 2021).

In Movant's case, the reasons offered are not extraordinary and compelling. Moreover, he is currently serving a 360-month sentence for violations of 18 U.S.C. § 1591, sex trafficking of children by force, fraud, and coercion, and 18 U.S.C. § 992, felon in possession of a firearm. Accordingly, the Court finds Movant continues to pose a significant danger to the community. The Motion is therefore **DENIED**.

**IT IS SO ORDERED.**

Date: April 5, 2021

_____
HON. ROGER T. BENITEZ
United States District Judge